UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Santander Consumer USA Inc., and Drive Trademark Holdings LP,<br>　　　Plaintiff,<br><br>v.<br><br>Mark Walsh<br>Inofin, Inc.<br>DRIVE USA 1, Inc.,<br>DRIVE USA 2, Inc.,<br>DRIVE USA 3, Inc, and<br>DRIVE USA 4, Inc.,<br>　　　Defendants. | CIVIL ACTION NO. 08-11778 |

## PLAINTIFFS' MOTION FOR JUDGMENT ON THE PLEADINGS UNDER FRCP 12(c) AND MOTION TO STRIKE DEFENDANTS' COUNTERCLAIMS, AND CERTIFICATE OF CONFERENCE OF COUNSEL

Plaintiffs, Santander Consumer USA Inc. and Drive Trademark Holdings, LP (collectively referred to as "Drive"), file this Motion for Judgment on the Pleadings of Defendants' Counterclaims — Count I (Fraud in the Procurement), Count III (Sherman Antitrust Act), and Count IV (Unfair Competition) — pursuant to Fed. R. Civ. P. 12(c); and Motion to Strike Defendants' Counterclaim Count II (Declaratory Judgment), pursuant to Fed. R. Civ. P. 12(f).

Dated: December 4, 2009

        Respectfully submitted,

        /s/ John A.K. Grunert
        John A.K. Grunert (BBO: 213820)
        jgrunert@Campbell-trial-lawyers.com
        Brian P. Voke (BBO: 544327)
        bvoke@Campbell-trial-lawyers.com
        Campbell Campbell Edwards & Conroy, PC
        One Constitution Plaza
        Boston, Massachusetts 02129
        (617) 241-3000

        Counsel for the Plaintiffs Santander Consumer USA
        Inc. and Drive Trademark Holdings, LP

### Certificate of Conference

The undersigned hereby certifies that on October 26, 2009, he conferred with counsel for the Defendants about the substance and relief sought in this motion. Counsel for Defendants indicated he is opposed to this motion.

        /s/ John F. Martin
        John F. Martin

### Certificate of Service

I hereby certify that a true and correct copy of this motion was served by electronic mail to all parties on this 4th day of December, 2009.

        /s/ John A.K. Grunert
        John A.K. Grunert (BBO: 213820)