UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**SANTANDER CONSUMER USA, INC.**

**V.**                                                              **CIVIL ACTION NO. 08-11778-MBB**

**MARK WALSH, ET AL**

### SETTLEMENT ORDER OF DISMISSAL

BOWLER, U.S.M.J.

    The Court having been advised by counsel for the parties that the above-entitled action has been settled;

    IT IS HEREBY ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within forty-five (45) days, to reopen the action if settlement is not consummated.

December 10, 2010                                           /s/ Lisa M. Hourihan
                                                                         --------------------------
                                                                         Deputy Clerk