UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SANTANDER CONSUMER USA INC., et al., <br><br> Plaintiffs <br><br> vs. <br><br> MARK WALSH et al., <br><br> Defendants | CIVIL ACTION NO. 08-CV-11778-MBB |

## STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND COUNTERCLAIMS

The plaintiffs/defendants-in-counterclaim Santander Consumer USA Inc. and Drive Trademark Holdings LP and the defendants/plaintiffs-in-counterclaim Mark Walsh, Inofin, Inc., DRIVE USA 1, Inc., DRIVE USA 2, Inc., DRIVE USA 3, Inc., and DRIVE USA 4, Inc., being all parties to have appeared in the action, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and (c) that all of the parties' claims and counterclaims shall be, and hereby are, dismissed **with prejudice** but without an award of costs to either party. The parties further stipulate that all rights to appeal from the judgment of dismissal are hereby waived.

| | |
|---|---|
| MARK WALSH, INOFIN, INC., DRIVE USA 1, INC., DRIVE USA 2, INC., DRIVE USA 3, INC. and DRIVE USA 4, INC., | SANTANDER CONSUMER USA INC. and DRIVE TRADEMARK HOLDINGS LP, |
| By their attorneys, | By their attorneys, |
| O'CONNELL LAW OFFICE | CAMPBELL CAMPBELL EDWARDS & CONR0Y, P.C. |
| /s/ Thomas P. O'Connell<br>Thomas P. O'Connell  (BBO: 567644)<br>1026A Massachusetts Avenue<br>Arlington, MA  02476<br>(781) 643-1845<br>tpo@oconnellusa.com | /s/ John A.K. Grunert<br>John A.K. Grunert  (BBO: 213820)<br>One Constitution Center<br>Boston, MA 02129<br>(617) 241-3000<br>jgrunert@campbell-trial-lawyers.com |

## CERTIFICATE OF SERVICE

I, John A. K. Grunert, hereby certify that on January 26, 2011, I served a copy of the foregoing stipulation of dismissal by electronic mail to all parties through the court's ECF system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

/s/ John A. K. Grunert
John A. K. Grunert (BBO: 213820)